RECEIVED IN
COURT OF CRIMINAL APPEALS

APRIL 13, 2015

ABEL ACOSTA, CLERK

WR-83,100-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/13/2015 9:36:14 AM
Accepted 4/13/2015 9:55:58 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-83,100-01** |
| | § | **WR-83,100-02** |
| **LUIS ANGEL MONDRAGON** | § | **WR-83,100-03** |

### APPLICANT'S MOTION TO WITHDRAW AND DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS PURSUANT TO ART. 11.07, TEX. CODE CRIM. PROC.

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** the Applicant, LUIS ANGEL MONDRAGON, and files this Motion to Withdraw and Dismiss Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex Code Crim. Proc., and would show the following:

I.

Applicant hereby moves to withdraw and dismiss his Application for Writ of Habeas Corpus.

II.

Applicant filed a motion in the trial court prior to his writ application being forwarded to this Court asking that his Application for a Writ of Habeas Corpus be dismissed. That motion was granted on March 30, 2015. A copy of the order of the trial court is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this motion be granted.

Respectfully submitted,

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 (fax)

Attorney for Applicant


## CERTIFICATE OF SERVICE

On this 13th day of April, 2015, a true and correct copy of Applicant's Motion to Withdraw Application for Writ of Habeas Corpus Pursuant to Art. 11.07, Tex. Code Crim. Proc. was delivered to the Dallas County District Attorney's Office, Appellate Section, Frank Crowley Courts Building, 133 N. Riverfront Blvd., L.B. 19, Dallas, Texas 75207.

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.

WRIT NOS. W01-59633-L(A), W01-49257-L(A), W03-49258-L(A)
INDICTMENT NOS. F01-59633-L, F03-49257-L, F03-49258-L

| STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| VS. | § | COURT NUMBER FIVE |
| | § | |
| LUIS ANGEL MONDRAGON | § | DALLAS COUNTY, TEXAS |

## ORDER

On this day came on to be considered the motion of Luis Angel Mondragon to withdraw and dismiss his application for a writ of habeas corpus. The Court, after considering same, is of the opinion said motion should be GRANTED. IT IS THEREFORE ORDERED that the applications for writs of habeas corpus filed by Luis Angel Mondragon in cause numbers W01-59633-L(A), W01-49257-L(A), and W03-49258-L(A) are hereby DISMISSED.

SIGNED this ____30____ day of ____MAR_____, 2015.

_____
JUDGE PRESIDING



EXHIBIT

A